IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 MAR 22 PM 5: 01

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUDY ORTEGA RAYMUNDO,

    Defendant.

4:22CR3028

INDICTMENT
21 U.S.C. § 841(a)(1),(b)(1)

The Grand Jury charges that

## COUNT I

On or about October 3, 2021, in the District of Nebraska, Defendant RUDY ORTEGA RAYMUNDO did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

                                                      A TRUE BILL.

                                                      FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: *[signature]*
JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney